## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JS-6

### CIVIL MINUTES -- GENERAL

Case No.  **CV 18-1801-JFW(ASx)**                                         Date:  June 25, 2018

Title:  Armando Padilla, et al. -v- Sentinel Transportation, LLC

**PRESENT:**
**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

Shannon Reilly                                              None Present
Courtroom Deputy                                       Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**
None                                                                         None

**PROCEEDINGS (IN CHAMBERS):**   ORDER REMANDING ACTION TO LOS ANGELES SUPERIOR COURT

On June 19, 2018, the Court issued an Order striking the class allegations from Plaintiff Armando Padilla's ("Plaintiff") Complaint.  In light of the Court's Order striking the class allegations from Plaintiff's Complaint, the Court also issued an Order to Show Cause ("OSC"), requiring the parties "to show cause, in writing, no later than June 22, 2018, why this action should be remanded to Los Angeles Superior Court for lack of subject matter jurisdiction."  On June 22, 2018, Plaintiff filed his Response to the OSC.  In his Response, Plaintiff states that he "does not oppose this Court's suggestion of remanding this case to state court per its June 19, 2018 Order to Show Cause Why Action Should Not Be Remanded for Lack of Subject Matter Jurisdiction."  Defendant Sentinel Transportation, LLC did not file a Response.  The OSC stated that "[f]ailure to respond to the Order to Show Cause will result in the remand of this action."

In addition to Plaintiff's consent to this action being remanded and Defendant's failure to respond to the OSC, the Court has also independently determined that it no longer has subject matter jurisdiction under the Class Action Fairness Act ("CAFA").  Given that this Court no longer has original jurisdiction over the action, and after considering the values of economy, convenience, fairness, and comity, the Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367(c)(3).  Accordingly, this action is hereby **REMANDED** to Los Angeles Superior Court.

IT IS SO ORDERED.